**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARY BRUEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-1247-HE |
| | ) |
| STATE OF OKLAHOMA, ex rel., THE | ) |
| OKLAHOMA INDIGENT DEFENSE SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties and, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of Plaintiff's claims. Each party will bear its own fees and costs.

Respectfully Submitted,

s/ Scott F. Brockman
Stanley M. Ward, OBA No. 9351
Woodrow K. Glass, OBA No. 15690
Scott F. Brockman, OBA No. 19416
R. Ben Houston, OBA NO. 14751
Barrett T. Bowers, OBA No. 30493
WARD & GLASS, L.L.P.
1821 E. Imhoff Road
Norman, Oklahoma 73071
*Attorneys for Plaintiff*

-and-

              s/ Jessica L. Dark
              Robert S. Lafferrandre, OBA #11897
              Randall J. Wood, OBA #10531
              Jessica L. Dark, OBA #31236
              PIERCE COUCH HENDRICKSON
               BAYSINGER & GREEN, LLP
              1109 N. Francis
              Oklahoma City, Oklahoma 73106
              Telephone: (405) 235-1611
              Facsimile: (405) 235-2904
              Email: rlafferrandre@piercecouch.com
              Email: rwood@piercecouch.com
              Email: jdark@piercecouch.com
              ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

   I hereby certify that on the 18th day of May, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a notice of electronic filing to the following ECF registrants:

  Robert S. Lafferrandre, OBA #11897
  Randall J. Wood, OBA #10531
  Jessica L. Dark, OBA #31236
  PIERCE COUCH HENDRICKSON
   BAYSINGER & GREEN, L.L.P.
  rlafferrandre@piercecouch.com
  rwood@piercecouch.com
  jspeegle@piercecouch.com

              /s/ Scott F. Brockman
              Scott F. Brockman